**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Tabitha Hutto-Spires and Cecil Spires, Defendants,

Of whom Tabitha Hutto-Spires is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2024-000223

———————

Appeal From Aiken County
Angela W. Abstance, Family Court Judge

———————

Unpublished Opinion No. 2024-UP-280
Submitted July 19, 2024 – Filed July 24, 2024

———————

**AFFIRMED**

———————

Jennifer Lynn Mook, of Law Office of Jennifer Mook, LLC, of Aiken, for Appellant.

Andrew Troy Potter, of Anderson, for Respondent.

Amy Patterson Shumpert, of Nance & McCants, of Aiken, for the Guardian ad Litem.

---

**PER CURIAM:** Tabitha Hutto-Spires appeals the family court's final order terminating her parental rights to her minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2023). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**THOMAS, MCDONALD, and VERDIN, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.